FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 6 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No.: CR-11-004-RMP |
| vs. ) | |
| Dennis Leader, ) | ORDER DEFERRING PROSECUTION |
| Defendant. ) | |

The Court finds the Defendant has agreed to comply with the terms and conditions of the Deferred Prosecution Agreement; that the Court finds the Defendant has acknowledged the admissibility of the stipulated facts in any criminal hearing on the underlying offense or offenses held subsequent to revocation of the order granting deferred prosecution; that the Defendant's statements were made knowingly and voluntarily; and that the Defendant has knowingly and intelligently waived his speedy trial rights. MD DL KMD

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Defendant is accepted for deferred prosecution;
2. The Defendant shall comply with all the terms and conditions as set forth in the Deferred Prosecution Agreement;
3. If the Court finds that the Defendant violated any term of the Deferred Prosecution Agreement, the Court shall enter judgment pursuant to the procedures outlines in the agreement.
4. The Defendant shall not be supervised by the United States Probation Office during the deferral period.
5. The United States will dismiss this charge with prejudice on May 16th, 2012 upon the defendant satisfying the terms of the unsupervised deferred prosecution agreement.

_____
HON. Judge Rosanna Peterson
United States District Court Judge

Date 5/16/11

MD
KMD
DL

Unsupervised Deferred Prosecution Agreement - 8